# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

**Manner Dairy, Inc**

Case No. **BKY 18-50547**

Debtor

Chapter 12 Case

## ORDER CONFIRMING CHAPTER 12 PLAN

The debtor has filed a plan which the court has determined satisfies the requirements for confirmation set forth in 11 U.S.C. § 1225.

THEREFORE, IT IS ORDERED::

1. The plan filed by the debtor on **September 7, 2019**, and dated **September 6, 2019**, is confirmed.

2. The court retains jurisdiction to make such other or further orders as may be necessary or appropriate to effectuate the plan and this order.

3. Except as otherwise ordered by the court, all nonexempt property of the estate shall remain property of the estate until the court orders dismissal or conversion of the case or discharge of the debtor.

4. The clerk shall mail copies of this order to all creditors and other parties in interest.

Dated: **September 16, 2019**

/e/ Robert J. Kressel
United States Bankruptcy Judge

102609;050814

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2019*
Lori Vosejpka, Clerk, by AMM